# COMPLAINT

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUL -9 P 1:49

CLERK OF COURT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Richard Schneider

v.

(Full name of defendant(s))

Engjellushe Kupi

Case Number:

**26-C-1205**

(to be supplied by Clerk of Court)

---

A.   PARTIES

1.   Plaintiff is a citizen of _United States_ and resides at
                              (State)

_5056 s packard Ave Cudahy, WI 53110_
                        (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant _Engjellushe Kupi_
                                                        (Name)

Complaint – 1

is (if a person or private corporation) a citizen of <u>United States</u>

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Well point care network</u>

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

On 12,15,25 Engjellushe Kupi and Milton Grijialiva came to my home unannounced. Told me. I had to let them in my home without a warrant, and if I didn't. They were going to go to court and get a order from a judge and have my daughter removed. I explained to them. That I was under Duress and the only reason I was allowed them in my home. This is on video and they knew that. They told me that my lawyer

was supposed to be at my home. I had no knowledge of this. They proceeded to continue to talk to me about my daughter without my lawyer there. They have lied to judges, D.A's and other lawyers about me. They have Refused and destroyed evidence from visitation workers. They have committed perjury to my jugde and refused to follow judges orders. They have violated my 4th, 5th, and 14th amendment by entering my home without a warrant. As I explain to them I am under "Duress". They violated my 5th by forcing me to speak to them without my lawyer present. They violated my 14th amendment of due process, parental rights by refusing and destroying visitation workers paperwork and evidence, and keeping my daughter away from.me. Without Any crime being committed and no evidence

Case 2:26-cv-01205-PP     Filed 07/09/26     Page 3 of 5     Document 1

C.     JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____ .

D.     RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like $100,000.⁰⁰ from each one of these case workers. I would like them removed from there jobs, so they don't harm any other families or children. I would like Criminal charges brought against them for perjury, witholding evidence/Destroying, and the fraud they committed upon the court.

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __July__ day of __9__ 20__26__.

Respectfully Submitted,

_____
Signature of Plaintiff

__414-573-3956__
Plaintiff's Telephone Number

__Rich_karma145@ yahoo. com__
Plaintiff's Email Address

__5056 s packard Ave__
__cudahy, WI 53110__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5